

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2019

No. 04-19-00375-CV

**IN RE** John M. **DONOHUE**

Original Mandamus Proceeding[1]

### ORDER

On June 4, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on June 19, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-04606, styled *Ex parte John M. Donohue*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.